**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6193**

———————

LARRY EDWARD HENDRICKS,

                Petitioner - Appellant,

      v.

HENRY MCMASTER; STATE OF SOUTH CAROLINA,

                Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   David C. Norton, Chief District
Judge.   (3:09-cv-01924-DCN)

———————

Submitted:  July 20, 2010         Decided:  August 11, 2010

———————

Before WILKINSON, KING, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Edward Hendricks, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Edward Hendricks appeals the district court's orders adopting the recommendation of the magistrate judge and denying Hendricks' petition for a writ of audita querela and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hendricks v. McMaster, No. 3:09-cv-01924-DCN (D.S.C. Sept. 17, 2009; Jan. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED